**Dismissed and Opinion Filed October 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00317-CR

### THE STATE OF TEXAS, Appellant

### V.

### GABINO GRANADOS, Appellee

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MA11-54305-B**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Myers and Brown

Appellant, the State of Texas, has filed a motion to dismiss its appeal. The motion is signed by counsel for the State. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140317F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-14-00317-CR          V.

GABINO GRANADOS, Appellee

On Appeal from the County Criminal Court No. 2, Dallas County, Texas
Trial Court Cause No. M11-54305-B.
Opinion delivered per curiam before Chief Justice Wright and Justices Myers and Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered October 14, 2014